76666.0046

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CHARLES LINDBERG § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 1:15-CV-00563-RP |
| § | |
| TRAVELERS LLOYDS OF TEXAS § | |
| INSURANCE COMPANY § | |
| § | |
| Defendant § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this _____ day of _____, 2016.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANT**

SPEIGHTS & WORRICH
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
Telephone: (210) 490-6789
Facsimile: (210) 490-6790
jrogiers@speightsgfirm.com

By: _____
JAKE ROGIERS
State Bar No: 24069066

**ATTORNEYS FOR PLAINTIFF**