IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES LINDBERG, | § § § § | |
| Plaintiff, | | |
| V. | § § § | 1-15-CV-563 RP |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal, filed March 21, 2016 (Clerk's Dkt. #18). By way of the stipulation, the parties state they seek to dismiss all claims raised in this action. *See* FED. R. CIV. P. 41(a)(1) (plaintiff may dismiss action by filing stipulation of dismissal signed by all parties who have appeared).

As the parties have all signed the stipulation, the Stipulation of Dismissal is GRANTED

Accordingly, IT IS ORDERED that all claims and causes of action asserted by the parties to this action are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all pending motions and settings are hereby TERMINATED and the Clerk's Office is directed to close this case.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on March 23, 2016.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE